IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| REGIONAL MANAGEMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TAMISHA BROWN,<br><br>Defendant. | 2:22-CV-238-Z-BR |

**ORDER**

Before the Court is Plaintiff's Motion to Confirm Arbitration Award ("Motion") (ECF No. 1), filed on December 16, 2022. The United States Magistrate Judge entered Findings, Conclusions, and a Recommendation ("FCR") to grant the Motion after Defendant failed to respond. *See* ECF No. 11. Defendant also filed no objections to the FCR. Having considered the Motion, FCR, and relevant law, the Court **ADOPTS** the FCR of the United States Magistrate Judge and hereby **GRANTS** the Motion.

**SO ORDERED**.

June 14, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE